Noelle E. Dwarzski, WSBA No. 40041
McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.
1325 Fourth Ave Suite 910
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820
E-mail: noelled@mrbclaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, NORTHWEST IRONWORKERS RETIREMENT TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, NORTHWEST IRONWORKERS EMPLOYERS VACATION TRUST, NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND, (hereafter referred to as the Trust Funds),

Plaintiffs,

v.

WESTERN SURETY COMPANY, Bond No. 929368263 (hereafter referred to as Surety);

Defendant.

NO.

**COMPLAINT FOR ENFORCEMENT OF FRINGE BENEFIT BOND**

For their complaint, plaintiffs allege as follows:

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT - 1

2900 044 oj311201

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



1. Plaintiffs are the Board of Trustees of the Northwest Ironworkers Health and Security Fund, Northwest Ironworkers Retirement Trust, Northwest Field Ironworkers Annuity Trust Fund, Northwest Ironworkers Employers Vacation Trust, Northwest Ironworkers & Employers Apprenticeship & Training Trust Fund (hereafter "Trust Funds"). The Trust Funds are joint labor-management trust funds created under Section 302(c) of the Labor Management Relations Act, (hereafter referred to as the Act), 29 U.S.C. 186(c) and governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. 1001, et seq. as amended (hereafter ERISA).

2. The District Council of Iron Workers of the Pacific Northwest, Iron Workers Local 14 ("Local 14") is an employee organization as the term is defined by the Act and ERISA located in the State of Washington. Local 14 is a collective bargaining representative that represents certain employees of the employer, Inland Industrial & Rigging, Inc., working in Washington.

3. Inland Industrial & Rigging, Inc. (hereafter "the Employer"), a Washington State corporation, is engaged in the business of commercial and institutional building construction with its principal offices located at 11323 East Dishman Mica Road, Spokane Valley, WA 99206.

4. The Employer is engaged in business within the jurisdiction of this court, and such business affects commerce within the meaning of Section 301(a) of the Act.

5. Defendant Western Surety Company (hereafter "the Surety"), is a South Dakota corporation engaged in the business of providing insurance and surety bonds at various locations throughout Washington State.

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT - 2

2900 044 oj311201

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

6. Effective January 20, 2013, the Surety issued fringe benefit Bond No. 929368263 in the sum of $25,000 to guarantee payment of employee benefit contributions due to the Trust Funds from the Employer. In accordance with the terms of the collective bargaining agreement, in the event the Employer is delinquent in paying the monthly contributions, the Trust Funds have exclusive authority to recover any such delinquency from the benefit bond posted by the Employer.

7. Jurisdiction is conferred on this court by Section 301 of the LMRA and Sections 502 of ERISA, 29 U.S.C. §§ 1132 and by the doctrines of supplemental and pendent jurisdiction.

8. The Trust Agreements governing the organization and administration of the plaintiff Trust Fund provides that venue for this action shall be proper in King County, Washington.

9. Venue lies in the Western District of Washington under ERISA § 502(e)(2), 29 U.S.C. §1132(e)(2).

10. At all material times, the defendant Employer was obligated to make employee benefit contributions to the Trust Funds under the terms and conditions set forth in a collective bargaining agreement between the Employer and the Northwest Ironworkers Health and Welfare Trust et al. for the Jurisdictional Area of United Association, Local No. 14 (a labor organization whose members are employed in an industry affecting interstate commerce) which incorporates by reference the Trust Agreements for Trust Funds.

11. The Employer has employed employees for whom employee benefit contributions are due under this obligation, but has failed and refused to make the required

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT - 3

2900 044 oj311201

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

monthly contributions for such employees to the Trust Funds timely. The Employer owes an unknown amount of contributions, liquidated damages, interest, and attorney fees for delinquent for the period of May 2006 through current. The total amount due will be determined upon motions or at trial.

12. Under the terms of the trust agreements creating the Trust Funds and under federal statutory law, the Employer is obligated to pay liquidated damages, interest, reasonable attorneys' fees, and costs and expenses of suit.

13. Defendant Surety is liable to the Plaintiffs up to the penal sum of its bond for the Employer's unpaid contributions and late fees.

WHEREFORE, the Trust Funds pray for a money judgment against the Surety, as follows:

(A) Against the Surety for money due up to the penal sum of its bond;

(B) For liquidated damages, interest, reasonable attorney's fees and costs and expenses of suit; and

(C) For such other and further relief as this Court deems just and equitable.

DATED this 3rd day of December, 2013.

      /s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.
Attorneys for Plaintiffs

COMPLAINT FOR BREACH OF
COLLECTIVE BARGAINING AGREEMENT - 4

2900 044 oj311201

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900